Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

United States District of Arizona

Civil Division

Manuel Gray
_____

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

La Frontera-Empact SPC
_____

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   **CV23-00462-PHX-CDB**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Manuel Gray |
| Street Address | 3419 N. 28th Street |
| City and County | Phoenix/Maricopa |
| State and Zip Code | Arizona 85016 |
| Telephone Number | 480-495-1446 |
| E-mail Address | Mgray10619@aol.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | La Frontera-Empact SPC |
| Job or Title *(if known)* | Employer |
| Street Address | 618 Madison Drive |
| City and County | Tempe/Maricopa |
| State and Zip Code | Arizona 85281 |
| Telephone Number | 602-252-7330 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Comunidad Clinic |
| Street Address | 1035 E. Jefferson |
| City and County | Phoenix/Maricopa |
| State and Zip Code | Arizona 85034 |
| Telephone Number | 602-251-0650 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒        Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐        Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐        Other federal law *(specify the federal law)*:

☐        Relevant state law *(specify, if known)*:

☐        Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☐   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☒   Unequal terms and conditions of my employment.

☒   Retaliation.

☒   Other acts *(specify)*:    Hostile work environment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s)

Between December 2020 to the current date.

C.      I believe that defendant(s) *(check one)*:

☒   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒   race _____

☒   color _____

☒   gender/sex _____

☐   religion _____

☐   national origin _____

☒   age *(year of birth)*   1959   *(only when asserting a claim of age discrimination.)*

☐   disability or perceived disability *(specify disability)*

E.      The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff complained about his work environment and asked to be moved or placed in a more professional environment. Plaintiff had numerous meeting with HR and Lafrontera mangement about the professional environment issues or other problems that Plaintiff asked to be addressed. After several of these confidential meetings,the content of those meetings was shared with Plaintiff's co-workers. After that the daily hostile workk environment was created in addition to the harrassament and retaliation. Plaintiff brings this action for damages for declaratoryand injunctive relief relief challenging the policies and practices of defendant La frontera-Empact. Plaintiff is a United States Citizen who has been subjected to harrassment, discriminatory treatment, humilitation, and forced to work in a hostile environment for the last 3 years. This action is being brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, Civil Rights Act of 1866, 42 U.S.C. 1981

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

On November 18, 2022

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)*      1/31/2023      .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is requesting 1 million dollars in damages for harrassment, huilitation, intentional ifliction of emotional distress, and forced to work in a hostile environment.

---

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        3/16/2023

Signature of Plaintiff
Printed Name of Plaintiff    Manuel Gray

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 540-2022-02755 |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev. etc.)* | Home Phone | Year of Birth |
|---|---|---|
| Manuel Gray | (480) 495-1446 | 1959 |

| Street Address |
|---|
| 3419 N. 28th St. |
| Phoenix, AZ 85016 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| La Frontera-Empact | 501+ Employees | (602) 251-0650 |

| Street Address |
|---|
| 1035 E. Jefferson |
| Phoenix, AZ 85034 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address |
|---|
| |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 11/01/2021  Latest: 04/04/2022 |
| Age, Race, Sex | |
| | Continuing Action |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment on or about January 2015, with my most current position being Clinical Liaison. I filed charge number 540-2021-01911 on or about April 10, 2021, at which point I was moved to a new supervisor. Upon meeting with my new supervisor, Norah Wetter, she informed me she was happy with the three Latinos she had on her team, and at that time she wasnt interesting in hiring any new employees. Beginning on or about November 2021, I began being subjected to inappropriate X-rated sexual conversations between Norah Wetter and my Latino co-workers, on a daily basis. Following my complaint, I was informed the statements I made during the meeting were leaked to my co-workers, causing them to ignore me, which created a hostile work environment. I continued to complain about the hostile work environment, as well as request a transfer to another unit, to no avail. The failure of my employer to resolve this issue has caused me a great deal of undue stress.I believe I was discriminated against because of my sex (male) race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I was discriminated against because of my age (62), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 11/15/22   *Manuel G~*  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |


PLAINTIFFS EXHIBIT A

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/31/2023

**To:** Manuel Gray
3419 N. 28th St.
Phoenix, AZ 85016
Charge No: 540-2022-02755

EEOC Representative and email:      PATRICIA MINER
Supervisory Investigator
patricia.miner@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 540-2022-02755.

On behalf of the Commission,

For Nancy Sienko
Acting District Director

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Manuel Gray | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT |
| VS. | ) | |
| Lafrontera-Empact SPC | ) | JURY TRIAL DEMAND |
| Defendant. | ) | |
| | ) | |
| | ) | |

PRELIMINARY STATEMENT

1. Plaintiff Pro se brings this action for damages and for declaratory and injunctive relief challenging the policies and practices of Defendant Lafrontera-Empact Inc., who has caused and are causing discrimination and harassment of Plaintiff and other persons, including and consisting of African-American citizens of the United States, based on their race and/or national origin.

2. Plaintiff is a United States citizen of African-American decent and ethnicity, ancestry and origin who has been subjected to harassment, humiliation, retaliation, and discriminatory treatment, and infliction of emotional distress by Defendant Lafrontera-Empact based on his national origin and, or race, in violation of the Title VIII of the Civil Rights Act of 1964, as amended.

3. This racial and discrimination action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended. The jurisdiction of the Court is invoked by plaintiffs pursuant to 28 U.S.C. 1331, 1343(4) and 28 U.S.C. 2201 and 2202. This lawsuit is brought pursuant to the "Civil Rights Act of 1866," 42 U.S.C. 1981, and 1981 and the Civil Rights Act of 1964, 42 U.S.C. 2000e et seq., as amended by the Civil Rights Act of 1991. Equitable and other relief is sought under 42 U.S.C. 2000e-5(g).

4.  Plaintiff is a United States citizen of African-American descent and ethnicity, ancestry and origin who has been subjected to harassment, humiliation, discriminatory treatment and intentional infliction of emotional distress by Defendant on the basis of their national origin and/or race in violation of Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race (African-American) and to provide appropriate relief to Manuel Gray ("Mr. Gray") and other similarly aggrieved African-American individuals who are adversely affected by such practices. As alleged with greater particularity below. Plaintiff has been employed by Defendant Lafrontera-Empact for approximately 5 years.

5.  Defendant Lafrontera-Empact, LLC has forced Plaintiff to work daily in a hostile work environment where he has been retaliated against and harassed by his current supervisor, management team, and and co-workers to the point where it has adversely affected Plaintiff's physical and mental health. as a result.

JURISDICTION AND VENUE

6.  Jurisdiction of this court is invoked pursuant to 28 U.S.C. 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to section 706(i)(l) and (f)(3) of Title VII of the The Civil Rights Act of 1991, 42 U.S.C. 1981a.

7.  The employment practices alleged to be unlawful were committed within the last 3 years.

PARTIES

8.  Plaintiff Manuel Gray is a United States citizen of African-American ancestry and ethnicity, employed by Lafrontera-Empact. He was born in Mound Bayou, Mississippi on November 4, 1959.

9.  Defendant Lafrontera-Epact is a company incorporated under the laws of the state of Arizona, maintaining offices and operations within the District of Arizona. All actions by Defendants alleged herein occurred within the District of Arizona. Venue in this district is proper for the defendant

<u>FACTS AND PROCEDURAL HISTORY</u>

10. On November 18, 2022, a charge of Discrimination was filed with the Equal Employment Opportunity Commission ("EEOC") alleging racial discrimination. On January 31, 2023 a Notice of Right to Sue letter was issued by the EEOC, a copy of which is attached hereto as Exhibit "A". During the last 3 years Lafrontera-Empact created an environment which encouraged and fostered a hostile work environment for plaintiff due to his race, sex, and age. Such conduct is ongoing, open, notorious and encouraged by Plaintiff's co-workers to participate. Simply put, racial discrimination is deeply imbedded in Lafrontera-Empact. It is open, active, and unashamed. The daily harassment, abuse, and discrimination has been encouraged by managements refusal to stop the behaviors, despite Plaintiff's complaints to the HR department and upper management. On 3/23/22 Plaintiff was threatened with termination and issued a written warning for documentation, unexcused absences, and accurate time documentation. Program manager based this on inaccurate information and statements made by Plaintiff's co-workers. The program manager at that time denied Plaintiff the ability to work from home two days a week as he was previously allowed to do. On 2/1/23 Plaintiff met with the 2 program managers at Lafrontrera-Empact and again was threatened with a verbal and written warning for termination for documentation, unexcused absences and, accurate time documentation in addition to informing Plaintiff that his current position was in the process of being eliminated in the upcoming months. This information was provided by Plaintiff's co-workers in the continued harassment and retaliation that has occurred daily for the last 3 years. Plaintiff has been forced to sit in an area where inappropriate language and behavior is a common occurrence. Many times, the Program is involved or participating in the unprofessional behavior, which includes HIPPA violations in addition to other ethical issues. Part of the retaliation has been the marginalization and eventual elimination of Plaintiff's position. Title II of the Civil Rights Act of 1964, which prohibits employers from retaliation against employees who complain about discrimination in the workplace. Repeated complaints to HR and management have been met with indifference who automatically sided with PM.

11. African Americans at Lafrontera-Empact are subjected to a stricter level of scrutiny than their

similarly situated white and Latino co-workers. African-Americans are repeatedly reprimanded and disciplined for relatively minor mistakes. The same behavior from similarly situated white and Latino employees is largely ignored.

12. Lafrontera-Empact is liable under Title VII for such harassment and discrimination because it knew from previous complaints and meetings with Plaintiff, of the racial harassment, retaliation discrimination and Plaintiff being forced to work daily in a hostile work environment, but failed to take prompt and effective remedial action. Instead, they did the opposite. It condoned, ratified and otherwise allowed the racially harassing, retaliation and discriminatory behavior to continue.

13. Lafrontera-Empact retaliated against Plaintiff after he filed his initial complaint with EEOC. As result of the plaintiff's good faith complaints and opposition to race discrimination, retaliation, and harassment the defendant retaliated against Plaintiff by subjecting him to stricter scrutiny than his co-workers and to a demeaning and hostile treatment, to wholly unwarranted negative performance feedback, to being subjected to unwarranted discipline.

WHEREFORE, Plaintiff Manuel Gray, respectfully requests that this court enter judgement against the Defendant and provide the following relief

A) Declare Defendant's actions in violation of Title VII of The Civil Rights Act of 1964 as amended "The Civil Rights Act of 1866", 42 U.S.C. 1981, and 1981a and The Civil Rights Act of 1964, 42 U.S.C. 2000e et seq., as amended by the Civil Rights Act of 1991

B) Award compensatory for race discrimination, retaliation, and hostile work environment

C)   Enter a judgement against Lafrontera-Empact assessing damages, including punitive damages in favor of Plaintiff in an amount according to the proof

D)   Enter judgement against Lafronter-Empact for attorney fees, costs, expenses, and all appropriate relief, which the Court deems necessary and appropriate

RESPECTFULLY SUBMITTED this 16th day of March, 2023.

Manuel Gray

Plaintiff Pro Se